IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNNY COLLINS, | : | |
| Plaintiff | : | |
| | : | CIVIL NO. 1:CV-16-1029 |
| vs. | : | |
| | : | (Judge Caldwell) |
| J. WIEKRYKAS, *et al.*, | : | |
| Defendants | : | |

*O R D E R*

And now, this 24th day of April, 2017, in accordance with the accompanying memorandum, it is ORDERED that:

    1. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) is construed as a motion to proceed without full prepayment of fees and costs, and is GRANTED.

    2. This action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3. The Clerk of Court shall close this file.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge